1  Tod L. Gamlen, State Bar No. 83458
   Keith L. Wurster, State Bar No. 198918
2  Jerry Salcido, State Bar No. 233282
   **BAKER & McKENZIE LLP**
3  660 Hansen Way
   Palo Alto, CA  94304-1044
4  Telephone: +1 650 856 2400
   Facsimile:  +1 650 856 9299
5  tod.l.gamlen@bakernet.com
   keith.l.wurster@bakernet.com
6  jerry.m.salcido@bakernet.com

7  Attorneys for FALCK, S.p.A., "GRUPPO FALCK,
   S.p.A." FALCK ENERGY, S.A.
8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  MICHAEL V. PETRAS,                    | **Case No.  C-09-02325 MMC**
13         Plaintiffs,                    | **STIPULATION AND [PROPOSED]**
                                          | **ORDER CONTINUING CASE**
14      v.                                | **MANAGEMENT CONFERENCE**
15  GRUPPO FALCK, S.P.A., FALCK, S.P.A.,
    FALCK ENERGY, S.A. and DOES 1 through
16  50,
17         Defendants.
18

19
                                  STIPULATION
20
         This Stipulation is entered into between Plaintiff MICHAEL V. PETRAS ("Plaintiff"), on the
21
   one hand, and Defendants FALCK, S.P.A.,  FALCK ENERGY, S.A. ("Falck Energy") and
22
   "GRUPPO FALCK, S.P.A" ("Defendants") on the other hand, for the purpose of continuing the case
23
   management conference currently scheduled for September 11, 2009 to November 6, 2009. This
24
   Stipulation is entered into based on the following facts.
25
         A.    This case was removed  to this Court from the San Francisco County Superior Court
26
   on May 27, 2009.
27
         B.    On June 5, 2009 Defendants filed the motions of Falck S.p.A. to set aside default  and
28
                                          1
RC1/5347555.1/CES

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  the motions of Falck S.p.A. and Falck Energy S.A. to dismiss for improper service under Fed R. Civ.
2  P. 12(b)(5) and lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), originally scheduling the
3  hearing on said motions for July 10, 2009 (Doc. Nos. 5-11) and then continuing the hearing to July
4  31, 2009.

5        C.      On June 26, 2009 Plaintiff filed a motion to remand, originally scheduling the hearing
6  on such motion for July 31, 2009. (Doc. No. 14)

7        D.      On July 2, 2009 Plaintiff and Defendants continued the hearings on the motions
8  referred to in ¶¶ B. and C. above to August 7, 2009. (Doc. No. 15)

9        E.      Plaintiff and Defendants have commenced settlement discussions.  However, given
10  that any settlement discussions involve multiple parties located in several parts of the world and
11  multiple third parties to this action, it is foreseeable that such discussions could last several weeks;
12  and, as a result, Plaintiff and Defendants have continued the hearings on the motions referred to in ¶¶
13  B. and C. above to the earliest date that can accommodate the anticipated length of settlement
14  discussions and counsel's schedules -- October 2, 2009 (Doc. No. 16).

15        F.      The Case Management Conference in this matter is currently scheduled for
16  September 11, 2009. (Doc. No. 2)

17        G.      Pursuant to Fed. R. Civ. P. 26(a)(1) and (f), Civil L.R. 16-9, and this Court's May 27,
18  2009 Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 2), the
19  parties are required  to comply with the following deadlines, among others:

20        (i)      Engage in the Fed. R. Civ. P. 26(f) conference no later than August 21, 2009;
21        (ii)      File their Fed. R. Civ. P. 26(f) report, complete their initial disclosures under
22  Fed. R. Civ. P. 26(a), and file their Case Management Statement no later than September 4, 2009.

23        H.      Counsel for Plaintiff and Defendant believe that it would save significant and
24  potentially unnecessary attorney's fees and costs and judicial resources to continue the September
25  11, 2009 Case Management Conference and extend the deadlines  referred to in ¶ G. above until
26  after the October 2, 2009 hearing on the parties' motions referred to in ¶¶ B. and C. above.  If the
27  parties are successful in settling this case before October 2, 2009, any hearing on such motions
28  would be unnecessary, and compliance with Fed. R. Civ. P. 26(a) and (f) requirements and the Case

RC1/5347555.1/CES     2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Management Conference referred to above will also be unnecessary. In the event this case does not settle, it would be more efficient to proceed with the October 2, 2009 hearings before the parties comply in any substantial manner with the Fed. R. Civ. P. 26(a) and (f) requirements and the Case Management Conference.

I. No prior continuances of the Case Management Conference have been requested or granted.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Subject to the Court's approval, the Case Management Conference in this action shall be continued from September 11, 2009 to **November 6, 2009.**

2. Subject to the Court's approval, the parties' deadlines for complying with the following requirements of Fed. R. Civ. P. 26(a)(1) and (f), Civil L.R. 16-9, and this Court's May 27, 2009 Order Setting Initial Case Management Conference and ADR Deadlines shall be extended as follows:

(i) Engaging in the Fed. R. Civ. P. 26(f) conference shall be extended up to and including **October 16, 2009**; and,

(ii) Filing their Fed. R. Civ. P. 26(f) report, completing their initial disclosures under Fed. R. Civ. P. 26(a), and filing their Case Management Statement shall be extended up to and including **October 30, 2009**.

Dated: August 4, 2009           BAKER & McKENZIE LLP

                                By: _____
                                Tod L. Gamlen
                                Attorneys for Defendants

Dated: August 3, 2009           ROPERS, MAJESKI, KOHN & BENTLEY

                                By: _____
                                Curtis E. Smolar
                                Attorneys for Plaintiff

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

RC1/5355104.1/CES

3

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**ORDER**

The Court has considered the above Stipulation and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Case Management Conference in this action is continued from September 11, 2009 to **November 6, 2009** at 10:30 AM.

3. The parties' deadlines for complying with the following requirements of Fed. R. Civ. P. 26(a)(1) and (f), Civil L.R. 16-9, and this Court's May 27, 2009 Order Setting Initial Case Management Conference and ADR Deadlines are extended as follows:

　　(i) Engaging in the Fed. R. Civ. P. 26(f) conference is extended up to and including **October 16, 2009**; and,

　　(ii) Filing their Fed. R. Civ. P. 26(f) report, completing their initial disclosures under Fed. R. Civ. P. 26(a), and filing their Case Management Statement is extended up to and including **October 30, 2009**.

IT IS SO ORDERED.

Dated: August _5_, 2009　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

RC1/5347555.1/CES                    4

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE