```
 1 │ Tod L. Gamlen, State Bar No. 83458
   │ Keith L. Wurster, State Bar No. 198918
 2 │ Jerry Salcido, State Bar No. 233282
   │ **BAKER & McKENZIE LLP**
 3 │ 660 Hansen Way
   │ Palo Alto, CA  94304-1044
 4 │ Telephone: +1 650 856 2400
   │ Facsimile:  +1 650 856 9299
 5 │ tod.l.gamlen@bakernet.com
   │ keith.l.wurster@bakernet.com
 6 │ jerry.m.salcido@bakernet.com
 7 │ Attorneys for FALCK, S.p.A., "GRUPPO FALCK,
   │ S.p.A." FALCK ENERGY, S.A.
 8 │
```

Tod L. Gamlen, State Bar No. 83458
Keith L. Wurster, State Bar No. 198918
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
tod.l.gamlen@bakernet.com
keith.l.wurster@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for FALCK, S.p.A., "GRUPPO FALCK, S.p.A." FALCK ENERGY, S.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL V. PETRAS,<br><br>        Plaintiffs,<br><br>    v.<br><br>GRUPPO FALCK, S.P.A., FALCK, S.P.A., FALCK ENERGY, S.A. and DOES 1 through 50,<br><br>        Defendants. | Case No.  C-09-02325 MMC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION

This Stipulation is entered into between Plaintiff MICHAEL V. PETRAS ("Plaintiff"), on the one hand, and Defendants FALCK, S.P.A., FALCK ENERGY, S.A. ("Falck Energy") and "GRUPPO FALCK, S.P.A"[1] ("Defendants") on the other hand, for the purpose of continuing the case management conference currently scheduled for November 6, 2009 to December 11, 2009 in order to allow the parties time to pursue a global settlement that would include this action and disputes involving other persons and entities not parties to this action. This Stipulation is entered into in light of the following facts.

---

[1] "Gruppo Falck" is an umbrella term used to refer to the group of companies of which defendant Falck, S.p.A. is the ultimate parent corporation; it is not a legal entity in and of itself.

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

A. This case was removed to this Court from the San Francisco County Superior Court on May 27, 2009. At that time this Court's Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 2) was issued. Under that order the initial Case Management Conference ("CMC") was scheduled for September 11, 2009 and the parties were required to comply with the following deadlines, among others:

(i) Engage in the Fed. R. Civ. P. 26(f) conference no later than August 21, 2009;

(ii) File their Fed. R. Civ. P. 26(f) report, complete their initial disclosures under Fed. R. Civ. P. 26(a), and file their Case Management Statement no later than September 4, 2009.

B. On June 5, 2009 Defendants filed the motions of Falck S.p.A. to set aside default and the motions of Falck S.p.A. and Falck Energy to dismiss for improper service under Fed R. Civ. P. 12(b)(5) and lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), originally scheduling the hearing on said motions for July 10, 2009 (Doc. Nos. 5-11) and then continuing the hearing to July 31, 2009.

C. On June 26, 2009 Plaintiff filed a motion to remand, originally scheduling the hearing on such motion for July 31, 2009. (Doc. No. 14)

D. On July 2, 2009 Plaintiff and Defendants continued the hearings on the motions referred to in ¶¶ B., and C., above to August 7, 2009. (Doc. No. 15)

E. In July and August the parties were engaged in discussions for the purpose of trying to reach a global settlement of this action and other disputes that arise out of an international joint venture involving other persons and entities located in several parts of the world. Consequently, on August 5, 2009 the parties filed a Stipulation and [Proposed] Order Continuing Case Management Conference (Doc. No. 18) to continue the September 11, 2009 CMC to November 6, 2009 and the related compliance dates under Fed. R. Civ. P. 26(a) and 26(f), which order was entered by the Court on August 5, 2009. (Doc. No. 18)

F. On September 10, 2009 a mediation was held in New York City for the purpose of trying to reach the global settlement of this action and other disputes referred to in ¶ E., above. Since that mediation the parties to it have engaged in negotiations relating to the drafting of a settlement agreement for such global settlement. However, such negotiations have taken longer than

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  expected for a variety of reasons, including that several issues may be impacted by the laws of
2  several jurisdictions.  As a result of such negotiations Plaintiff and Defendants in this action have not
3  been able to conduct the Fed. R. Civ. P. 26(f) conference or make their initial disclosures under Fed.
4  R. Civ. P. 26(a).   As part of their settlement discussions Plaintiff and Defendants have continued
5  the hearings on the motions referred to in ¶¶ B., and C., above to December 11, 2009, as that is the
6  earliest date that can accommodate the anticipated length of settlement discussions and counsels'
7  schedules.

8     G.   The CMC in this matter is currently scheduled for November 6, 2009. (Doc. No. 18)

9     H.   Pursuant to the August 5, 2009 Stipulation and Order Continuing Case Management
10 Conference (Doc. No. 18) referred to in ¶ E., above, the parties are required to comply with the
11 following deadlines, among others:

12        (i)   Engage in the Fed. R. Civ. P. 26(f) conference no later than October 16, 2009;

13        (ii)  File their Fed. R. Civ. P. 26(f) report, complete their initial disclosures under
14 Fed. R. Civ. P. 26(a), and file their Case Management Statement no later than October 30, 2009.

15    I.   Counsel for Plaintiff and Defendant believe that it would save significant and
16 potentially unnecessary attorney fees and costs, and significant judicial resources, if the Court were
17 to continue the November 6, 2009, CMC until December 11, 2009 and extend the deadlines referred
18 to in ¶ H., (i) and (ii), above, accordingly.  If the parties are successful in settling this case then there
19 will be no necessity for any hearing on the scheduled motions or a CMC.

20    J.   As set forth in ¶ E., above, one prior continuance of the CMC has been granted.

21    THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

22    1.   Subject to the Court's approval, the Case Management Conference in this action shall
23 be continued from November 6, 2009, to December 11, 2009.

24    2.   Subject to the Court's approval, the parties' deadlines for complying with the
25 following requirements of Fed. R. Civ. P. 26(a)(1) and (f), Civil L.R. 16-9, and this Court's May 27,
26 2009, Order Setting Initial Case Management Conference and ADR Deadlines are extended as
27 follows:

28        (i)   Engaging in the Fed. R. Civ. P. 26(f) conference shall be extended up

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1  to and including November 20, 2009; and,

2         (ii)    Filing their Fed. R. Civ. P. 26(f) report, completing their initial

3  disclosures under Fed. R. Civ. P. 26(a), and filing their Case Management Statement shall be

4  extended up to and including December 4, 2009.

6  Dated: October 28, 2009         BAKER & McKENZIE LLP

7                                                    By: /s/ Tod L. Gamlen
8                                                         Tod L. Gamlen
                                                       Attorneys for Defendants

9  Dated: October 28, 2009         ROPERS, MAJESKI, KOHN & BENTLEY

10                                                    By: /s/ Curtis E. Smolar
11                                                         Curtis E. Smolar
                                                       Attorneys for Plaintiff

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

4

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**ORDER**

The Court has considered the above Stipulation and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Case Management Conference in this action shall be continued from November 6, 2009 to ~~December 11, 2009~~ January 8, 2010 at 10:30 a.m.

3. The parties' deadlines for complying with the following requirements of Fed. R. Civ. P. 26(a)(1) and (f), Civil L.R. 16-9, and this Court's May 27, 2009 Order Setting Initial Case Management Conference and ADR Deadlines are extended as follows:

   (i) Engaging in the Fed. R. Civ. P. 26(f) conference shall be extended up to and including November 20, 2009; and,

   (ii) Filing their Fed. R. Civ. P. 26(f) report, completing their initial disclosures under Fed. R. Civ. P. 26(a), and filing their Case Management Statement shall be extended up to and including December ~~4~~ 31, 2009.

IT IS SO ORDERED.

Dated: October __30__, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. C-09-02325 MMC
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE