1  Tod L. Gamlen, State Bar No. 83458
   Keith L. Wurster, State Bar No. 198918
2  Jerry Salcido, State Bar No. 233282
   **BAKER & McKENZIE LLP**
3  660 Hansen Way
   Palo Alto, CA 94304-1044
4  Telephone: +1 650 856 2400
   Facsimile: +1 650 856 9299
5  tod.l.gamlen@bakernet.com
   keith.l.wurster@bakernet.com
6  jerry.m.salcido@bakernet.com

7  Attorneys for FALCK, S.p.A., "GRUPPO FALCK,
   S.p.A." FALCK ENERGY, S.A.
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL V. PETRAS,<br><br>Plaintiffs,<br><br>v.<br><br>GRUPPO FALCK, S.P.A., FALCK, S.P.A., FALCK ENERGY, S.A. and DOES 1 through 50,<br><br>Defendants. | **Case No. C-09-02325 MMC**<br><br>STIPULATION AND ~~[PROPOSED]~~ ~~FOR DISMISSAL WITH PREJUDICE~~ ORDER DISMISSING ACTION WITH PREJUDICE |

## STIPULATION

WHEREAS, plaintiff MICHAEL V. PETRAS filed this action against defendants GRUPPO FALCK, S.P.A., FALCK, S.P.A., AND FALCK ENERGY, S.A. (collectively "Defendants") alleging claims of intentional interference with contract, intentional interference with prospective business advantage, fraud, and inducement to breach contract;

WHEREAS, the parties have entered into a Settlement Agreement which requires the dismissal of this action;

Therefore, pursuant to FED. R. CIV. PROC. 41(a)(ii) the parties hereby agree that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear their own attorney fees and costs.

**SETTLEMENT AGREEMENT**
**AND RELEASES**
**EXHIBIT C**

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/405357.1

1

Case No. C-09-02325 MMC
STIPULATION AND [PROPOSED] FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 3 | Dated: December 17, 2009 | BAKER & McKENZIE LLP |
| 4 | | By: _____ |
| 5 | | Tod L. Gamlen<br>Attorneys for Defendants |
| 6 | Dated: December 6, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | By: _____ |
| 8 | | Curtis E. Smolar<br>Attorneys for Plaintiff |

### ORDER

Pursuant to the above stipulation this action is dismissed with prejudice. Each party is to bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: December 18, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

SETTLEMENT AGREEMENT
AND RELEASES
EXHIBIT C

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/405357.1

Case No. C-09-02325 MMC
STIPULATION AND [PROPOSED] FOR DISMISSAL WITH PREJUDICE